IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NKUMA UCHE, | ) | 4:09CV3123 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| BRUMBAUGH & QUANDAHL, P.C., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. The court has examined the record in this matter, including the Complaint. (Filing No. 1.) The court finds that this matter and Case No. 4:09CV3106 "involve some or all of the same issues of fact" or "arise out of the same transaction." NEGenR 1.4(a)(4)(C)(iii). Case No. 4:09CV3106 is assigned to United States District Judge Laurie Smith Camp and was filed approximately one month prior to the filing of this matter.

IT IS THEREFORE ORDERED that:

1. The Clerk of the court is directed to reassign this matter from United States District Judge Richard G. Kopf to United States District Judge Laurie Smith Camp.

2. This matter remains assigned to the pro se docket.

DATED this 10th day of March, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge